**Opinion issued October 30, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00735-CV

———————————

**ROWDY GIRL SANCTUARY, INC., RENEE KING-SONNEN AND TOMMY SONNEN, Appellants**

**V.**

**LISA NEASBITT, TIMOTHY BAUDER, DEBORAH ISLAS, SUJATHA RAMAKRISHNA, JACKIE THIPTHORPE, ALISSA TREVINO AND DOES 1-10, Appellees**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-10080**

---

## MEMORANDUM OPINION

Appellants, Rowdy Girl Sanctuary, Inc., Renee King-Sonnen and Tommy Sonnen, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN.

§§ 51.207, 51.208, 51.941(a) (West 2013), 101.041 (West Supp. 2018); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughy.